# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

In re:                                                 Case No. 09-21645-dob

Paula Margaret Fisher

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/01/2009.

2) The plan was confirmed on 09/17/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 09/12/2013.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 53.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $15,330.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $93,978.52 |
| Less amount refunded to debtor | $1,935.00 |

**NET RECEIPTS:** $92,043.52

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $6,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,963.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $10,263.27

Attorney fees paid and disclosed by debtor: $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 21st Circuit Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| 77th Judicial District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INSURANCE | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Allied Waste Services | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | 2,057.00 | 2,057.46 | 2,057.46 | 0.00 | 0.00 |
| American General Financial Services | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RECOVERY SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| America's Servicing | Unsecured | 201,229.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARVON FUNDING LLC | Unsecured | 0.00 | 1,519.77 | 1,519.77 | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 0.00 | 2,343.86 | 2,343.86 | 0.00 | 0.00 |
| Becket and Lee LLP-EFT | Unsecured | 2,814.00 | NA | NA | 0.00 | 0.00 |
| BIG RAPIDS RADIO NETWORK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CALIFORNIA WESTERN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 0.00 | 480.99 | 480.99 | 0.00 | 0.00 |
| Capital One | Unsecured | 800.00 | 1,193.01 | 1,193.01 | 0.00 | 0.00 |
| CBM Collections | Unsecured | 4,051.00 | NA | NA | 0.00 | 0.00 |
| Central Michigan Community Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CENTURY TELEPHONE | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Chemical Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHERYL SMITH | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 1,102.00 | NA | NA | 0.00 | 0.00 |
| Citicards Private Label | Unsecured | 1,378.00 | NA | NA | 0.00 | 0.00 |
| Citifinancial Inc | Unsecured | 1,377.00 | 1,377.84 | 1,377.84 | 0.00 | 0.00 |
| Citifinancial Inc | Unsecured | 3,053.00 | 3,053.75 | 3,053.75 | 0.00 | 0.00 |
| City of Mt Pleasant | Unsecured | 0.00 | 3,186.07 | 3,186.07 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COCA COLA BOTTLING CO OF MI | Unsecured | 840.00 | NA | NA | 0.00 | 0.00 |
| COUNTRY CORNER MARKET | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Countrywide Home Loans | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Bureau Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CROSSROADS MEDIA, LLC | Unsecured | 2,500.00 | 3,607.43 | 3,607.43 | 0.00 | 0.00 |
| DATAMATIC SALES & SERVICE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| DAYDOTS | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DOSTER ZACK LITTLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DTE Energy | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding LLC-EFT | Unsecured | 431.00 | 431.37 | 431.37 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRSTBANK | Unsecured | 80,000.00 | 98,950.51 | 98,950.51 | 0.00 | 0.00 |
| FMS Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ford Motor Credit | Unsecured | 0.00 | 12,431.09 | 12,431.09 | 0.00 | 0.00 |
| Ford Motor Credit | Secured | 0.00 | 13,191.67 | 2,340.45 | 0.00 | 0.00 |
| GAVIN MCCLINTIC | Unsecured | 20,000.00 | 166,899.45 | 166,899.45 | 0.00 | 0.00 |
| GENERAL AGENCY COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEORGE MAY INTERNATIONAL COM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GORDON C MILLER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HAF | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HALL, LEWIS & BOLLES PC | Unsecured | 7,329.00 | 8,097.21 | 8,097.21 | 0.00 | 0.00 |
| HEINLEIN AWNING | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| HEINLEIN AWNING COMPANY, INC | Unsecured | NA | 1,668.10 | 1,668.10 | 0.00 | 0.00 |
| HSBC | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 14,500.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 123,080.03 | 123,080.03 | 12,337.78 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 0.00 | 28,950.00 | 9,856.46 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 5,134.08 | 5,134.08 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 11,109.35 | 31,170.00 | 16,380.86 | 0.00 |
| Joseph Belzer | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LEXIS NEXIS | Unsecured | NA | 2,317.74 | 2,317.74 | 0.00 | 0.00 |
| LJ Ross Associates | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| MACOSTA COUNTY AREA CHAMBEI | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MAURER'S | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Meijer Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Metris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Secured | 0.00 | 5,041.52 | 5,041.52 | 5,041.52 | 0.00 |
| MI Department of Treasury | Priority | 6,000.00 | 71.25 | 71.25 | 71.25 | 0.00 |
| MI Department of Treasury | Priority | 32,000.00 | 38,092.38 | 38,092.38 | 38,092.38 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 401.80 | 401.80 | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 7,690.91 | 7,690.91 | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 0.00 | 348.25 | 348.25 | 0.00 | 0.00 |
| MI Department of Treasury | Priority | 0.00 | 1,502.07 | 0.00 | 0.00 | 0.00 |
| MICHIGAN CARBONIC OF SAGINAW | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MICHIGAN CHAMBER SERVICES | Unsecured | 81.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 0.00 | 5,044.00 | 5,044.92 | 0.00 | 0.00 |
| MULLER, MULLER, RICHMOND | Unsecured | 0.00 | 5,657.79 | 5,657.79 | 0.00 | 0.00 |
| NCO Financial | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| Nordstrom, FSB | Unsecured | 800.00 | 809.64 | 809.64 | 0.00 | 0.00 |
| NovaStar Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NuUnion Credit Union | Unsecured | 0.00 | 39,266.36 | 39,266.36 | 0.00 | 0.00 |
| Nuvell Credit Company LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PIONEER BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT I | Unsecured | 12,925.00 | 13,503.44 | 13,503.44 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA Receivables Management LLC EFT | Unsecured | 987.00 | 987.25 | 987.25 | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 243.00 | 280.15 | 280.15 | 0.00 | 0.00 |
| PRA Receivables Management LLC EFT | Unsecured | 9,143.00 | 9,143.76 | 9,143.76 | 0.00 | 0.00 |
| PRAXAIR HEALTHCARE SERVICE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RANDALL MILLER & ASSOC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RMS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RMS BANKRUPTCY RECOVERY SVC | Unsecured | 320.00 | 315.66 | 1,065.66 | 0.00 | 0.00 |
| Roosen Varchetti & Olivier PLLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 83,172.00 | 83,601.01 | 83,601.01 | 0.00 | 0.00 |
| Sawyer Sales & Service | Unsecured | 4,000.00 | 4,187.44 | 4,187.44 | 0.00 | 0.00 |
| SERVICE MASTER | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 828.00 | 830.64 | 830.64 | 0.00 | 0.00 |
| Stein & Rotman | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Stenger & Stenger PC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| STERLING FUNDING, LLS | Unsecured | NA | 16,017.57 | 16,017.57 | 0.00 | 0.00 |
| Stoneleigh Recovery Associates LLC | Unsecured | 8,400.00 | NA | NA | 0.00 | 0.00 |
| SYSCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYSCO FOOD SERVICE | Unsecured | 80,000.00 | 83,296.50 | 83,296.50 | 0.00 | 0.00 |
| Target f/k/a Retailer's National | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TOWN & aSSOCIATES | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Transworld Systems Inc | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Trott & Trott | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TRUST COMPANY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Recovery Systems | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 1,471.00 | 1,471.48 | 1,471.48 | 0.00 | 0.00 |
| WFFINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Yellow Book USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Yellow Book USA | Unsecured | 2,100.00 | 2,168.09 | 2,168.09 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,568.04 | $5,041.52 | $0.00 |
| **TOTAL SECURED:** | **$10,568.04** | **$5,041.52** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $221,363.66 | $76,738.73 | $0.00 |
| **TOTAL PRIORITY:** | **$221,363.66** | **$76,738.73** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$587,336.32** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $10,263.27 | |
| Disbursements to Creditors | $81,780.25 | |
| **TOTAL DISBURSEMENTS** : | | **$92,043.52** |

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/17/2013        By: /s/ Thomas McDonald

                                                                                                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**